IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY JONES,

    Petitioner,

v.                        CASE NO. 4:09cv54-RH/CAS

MICHAEL D. CREWS,

    Respondent.

_____/

## ORDER GRANTING LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THE AMENDED PETITION

The petitioner's motion, ECF No. 47, for leave to file a reply memorandum in support of his amended petition for a writ of habeas corpus is GRANTED. The petitioner may file a reply memorandum by March 7, 2013.

SO ORDERED on February 7, 2013.

                                  s/Robert L. Hinkle
                                  United States District Judge